Justin Fok, Esq., CA State Bar #242272
Law Offices of Jean D. Chen
2107 N. First Street, Suite 300
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiffs
Dongbing Wang, Han Li and Minyu Wang

*ORDER E-FILED:  7.18.2007*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **Dongbing Wang,**<br>**Han Li,**<br>**Minyu Wang,**<br><br>              Plaintiffs,<br><br>     v.<br><br>**Alberto Gonzales**, United States Attorney General, U.S. Department of Justice;<br>**Michael Chertoff**, Secretary of the Department of Homeland Security;<br>**Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services;<br>**Christina Poulos**, Director of California Service Center, United States Citizenship and Immigration Services;<br>**Robert S. Mueller III,** Director of the Federal Bureau of Investigation,<br><br>              Defendants. | Case No. C 07-2348 HRL<br><br>**PARTIES JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS**<br><br> **AND ORDER** |

Each of the undersigned certifies that he or she has read either the handbook entitled

"Dispute Resolution Procedures in the Northern District of California," or the specified portions

of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute

Parties' Joint Request for Exemption         1
C07-2348 HRL

1  resolution options provided by the court and private entities, and considered whether this case
2  might benefit from any of them. Here, the parties agree that referral to a formal ADR process
3  will not be beneficial because this mandamus action is limited to plaintiff's request that this
4  Court compel defendants to adjudicate the application for adjustment of status. Given the
5  substance of the action and the lack of any potential middle ground, ADR will only serve to
6  multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR
7  L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and
8  that they be excused from participating in the ADR phone conference and any further formal
9  ADR process.

Respectfully Submitted,

Dated: July 16, 2007                             _____/s/_____
                                                 Justin G. Fok
                                                 Attorney for Plaintiff


Dated: July 16, 2007                             _____/s/_____
                                                 Ila C. Deiss
                                                 Assistant United States Attorney
                                                 Attorney for Defendants


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   July 18, 2007                            _____
                                                 Howard R. Lloyd
                                                 United States Magistrate Judge


Parties' Joint Request for Exemption             2
C07-2348 HRL