**United States District Court**
For the Northern District of California

1

2

3    **\*E-FILED:  8.7.2007\***

4

5

6

7                          NOT FOR CITATION

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11   DONGBING WANG, HAN LI, MINYU          No. C07-02348 HRL
     WANG,
12
                    Plaintiffs,
13       v.                                **ORDER TO SHOW CAUSE RE**
                                           **FAILURE TO APPEAR**
14   ALBERTO GONZALES, United States
     Attorney General, U.S. Department of Justice;
15   MICHAEL CHERTOFF, Secretary of the
     Department of Homeland Security; EMILIO T.
16   GONZALEZ, Director of United States
     Citizenship and Immigration Services;
17   CHRISTINA POULOS, Director of the
     California Service Center, United States
18   Citizenship and Immigration Services; ROBERT
     S. MUELLER III, Director of the Federal
19   Bureau of Investigation,

20                    Defendants.
                                        /
21

22       A case management conference was held in this matter on August 7, 2007.  Counsel for

23   plaintiffs was present.  Ila Casey Diess, lead counsel for defendants, failed to appear.

24   Accordingly,

25       IT IS ORDERED THAT Ms. Diess appear in Courtroom 2, 5th Floor of the United

26   States District Court, 280 South First Street, San Jose, California on **August 14, 2007 at 10:00**

27   **a.m.** and show cause, if any, why she should not be sanctioned for failure to appear at the case

28

1   management conference.  Plaintiffs' counsel need not appear at the show cause hearing.

2   Dated:   August 7, 2007

3   _____
    HOWARD R. LLOYD
4   UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1   **5:07-cv-2348 Notice will be electronically mailed to**:

2   Ila Casy Deiss ila.deiss@usdoj.gov, tiffani.chiu@usdoj.gov

3   Justin Fok jfok@jclawoffice.com

4   **Counsel are responsible for distributing copies of this document to co-counsel who have
    not registered for e-filing under the court's CM/ECF program**.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California