**\*E-FILED: 8.14.2007\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONGBING WANG, HAN LI, MINYU WANG,<br><br>        Plaintiffs,<br>   v.<br><br>ALBERTO GONZALES, United States Attorney General, U.S. Department of Justice; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services; CHRISTINA POULOS, Director of the California Service Center, United States Citizenship and Immigration Services; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation,<br><br>        Defendants.<br>_____/ | No. C07-02348 HRL<br><br>**ORDER CONTINUING SHOW CAUSE HEARING RE FAILURE TO APPEAR** |

On August 7, 2007, this court issued an order to show cause directing defense counsel, Ila Casey Deiss, to appear before it on August 14, 2007 and show cause why she should not be sanctioned for failure to appear at the August 7, 2007 case management conference.

There was no appearance at the August 14, 2007 show cause hearing, and the court was informed that Ms. Deiss currently is out of the country. Accordingly,

IT IS ORDERED THAT the show cause hearing is continued to **August 21, 2007, 10:00 a.m.** At that time, Ms. Deiss shall appear in Courtroom 2, 5th Floor of the United States

1  District Court, 280 South First Street, San Jose, California and show cause, if any, why she
2  should not be sanctioned for failure to appear. Plaintiffs' counsel need not appear at the show
3  cause hearing.
4  Dated:   August 14, 2007

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **5:07-cv-2348 Notice will be electronically mailed to**:

2  Ila Casy Deiss ila.deiss@usdoj.gov, tiffani.chiu@usdoj.gov

3  Justin Fok jfok@jclawoffice.com

4  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.