*E-FILED: 8.20.2007*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONGBING WANG, HAN LI, MINYU WANG,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>ALBERTO GONZALES, United States Attorney General, U.S. Department of Justice; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services; CHRISTINA POULOS, Director of the California Service Center, United States Citizenship and Immigration Services; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation,<br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　　　　／ | No. C07-02348 HRL<br><br>**ORDER DISCHARGING AUGUST 7, 2007 ORDER TO SHOW CAUSE** |

On August 7, 2007, this court issued an order to show cause directing defense counsel, Ila Casey Deiss, to appear before it on August 14, 2007 and show cause why she should not be sanctioned for failure to appear at the August 7, 2007 case management conference. There was no appearance at the August 14, 2007 show cause hearing, and the court was informed that Ms. Deiss was out of the country. Accordingly, the show cause hearing was continued to August 21, 2007, 10:00 a.m. Based upon the August 16, 2007 response filed by Ms. Deiss, the August 7, 2007 order to show cause is discharged and the hearing set for August 21, 2007 is vacated.

1  No sanctions will be imposed; however, counsel is admonished to ensure her timely appearance
2  at all court proceedings in the future.
3       IT IS SO ORDERED.
4  Dated:    August 20, 2007

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **5:07-cv-2348 Notice will be electronically mailed to**:

2  Ila Casy Deiss ila.deiss@usdoj.gov, tiffani.chiu@usdoj.gov

3  Justin Fok jfok@jclawoffice.com

4  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.