1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909          *E-FILED: 10.01.2007*
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                              UNITED STATES DISTRICT COURT
9
                           NORTHERN DISTRICT OF CALIFORNIA
10
                                      SAN JOSE DIVISION
11
   DONGBING WANG,                       )
12 HAN LI,                              ) No. C 07-2348 HRL
   MINYU WANG,                          )
13                                      )
              Plaintiffs,               )
14                                      ) **STIPULATION TO VACATE HEARING,**
       v.                               ) **OR IN THE ALTERNATIVE,**
15                                      ) **DEFENDANTS' REQUEST TO APPEAR**
   ALBERTO GONZALES, United States      ) **TELEPHONICALLY and**
16 Attorney General, U.S. Department of Justice; ) **ALTERNATIVE [PROPOSED] ORDERS**
   MICHAEL CHERTOFF, Secretary of       )
17 the Department of Homeland Security; )
   EMILIO T. GONZALEZ, Director of United )
18 States Citizenship and Immigration Services; )
   CHRISTINA POULOS, Director of California )
19 Service Center, United States Citizenship and )
   Immigration Services;                )
20 ROBERT S. MUELLER III, Director of the )
   Federal Bureau of Investigation,     )
21                                      )
              Defendants.               ) Date: October 2, 2007
22 _____) Time: 10:00 a.m.

23     Subject to the Court's approval, the Parties hereby stipulate to vacate the hearing scheduled for

24 October 2, 2007 at 10:00 a.m. on Plaintiff's Motion for Summary Judgment. The Parties submit

25 that the issues are clearly addressed in the briefs, and the Court can decide the motion on the

26 papers.

27     In the alternative, Defendants hereby request, subject to the approval to of the Court, to appear

28 telephonically for the Plaintiff's Motion for Summary Judgment scheduled for October 2, 2007 at

1  10:00 a.m.  Counsel for Defendants has several responses to motions due this week, and thus
2  needs the time that would be lost in transit between San Francisco and San Jose to prepare the
3  responses.
4      IT IS SO STIPULATED.
5  Dated: October 1, 2007                    Respectfully submitted,

                                             SCOTT N. SCHOOLS
                                             United States Attorney


                                             _____/s/_____
                                             ILA C. DEISS
                                             Assistant United States Attorney
                                             Attorneys for Defendants


   Dated: October 1, 2007                    _____/s/_____
                                             JUSTIN FOK
                                             Attorney for Plaintiffs

## [PROPOSED] ORDER

The hearing scheduled for October 2, 2007 in the above-captioned matter is hereby vacated. The Court will decide the pending motion on the papers.  IT IS SO ORDERED.


Dated: October __1__, 2007                   _____
                                             HOWARD R. LLOYD
                                             United States Magistrate Court


## ALTERNATIVE [PROPOSED] ORDER

Counsel for Defendant may appear by telephone at the October 2, 2007 10:00 a.m. hearing.  IT IS SO ORDERED.


Dated: October ____, 2007                    _____
                                             HOWARD R. LLOYD
                                             United States Magistrate Court