SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

***E-FILED 11/14/2007***

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONGBING WANG,<br>HAN LI,<br>MINYU WANG,<br><br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>ALBERTO GONZALES, United States<br>Attorney General, U.S. Department of Justice;<br>MICHAEL CHERTOFF, Secretary of<br>the Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director of United<br>States Citizenship and Immigration Services;<br>CHRISTINA POULOS, Director of California<br>Service Center, United States Citizenship and<br>Immigration Services;<br>ROBERT S. MUELLER III, Director of the<br>Federal Bureau of Investigation,<br><br>　　　　　Defendants. | No. C 07-2348 HRL<br><br><br><br>**STIPULATION TO DISMISS AND**<br>~~**[PROPOSED]**~~ **ORDER** |

  Plaintiffs, by and through their attorney of record, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiffs' adjustment of status applications (Form I-485).

  Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-2348 HRL         1

| | | |
|---|---|---|
| 1 | Date: November 7, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| 3 | | United States Attorney |

<pre>
                                              /s/
                                        ILA C. DEISS
                                        Assistant United States Attorney
                                        Attorneys for Defendants


                                              /s/
Date: November 8, 2007                  JUSTIN FOK
                                        Attorney for Plaintiffs
</pre>

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   November 14, 2007

HOWARD R. LLOYD
United States Magistrate Judge

Stipulation to Dismiss
C07-2348 HRL                                    2